IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| HILDA RENEE TRIBBLE-TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:15-cv-01070-TLW |
| ) | |
| PALMETTO HEALTH BAPTIST ) | **ORDER** |
| HOSPITAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Hilda Renee Tribble-Toney filed this civil action against her former employer in the South Carolina Court of Common Pleas for the Fifth Judicial Circuit on November 12, 2014, alleging race and age discrimination and intentional infliction of emotional distress.  (Doc. #1-1).  Defendant removed the case to this Court on March 5, 2015 (Doc. #1), and the next day Defendant filed a partial motion to dismiss for lack of subject matter jurisdiction, (Doc. #4).  Defendant contends that Plaintiff's age discrimination claim should be dismissed because she failed to exhaust her administrative remedies.  Id.  On March 31, 2015, Plaintiff filed a response indicating that she does not oppose the dismissal of her age discrimination claim.  (Doc. #6).

After careful consideration and for good cause shown, and in light of Plaintiff's lack of opposition, Defendant's partial motion to dismiss is hereby **GRANTED**.  (Doc. #4).  Accordingly, Plaintiff's age discrimination claim is **DISMISSED**.

    **IT IS SO ORDERED.**

                                                                                                                s/ Terry L. Wooten
                                                                                                               Terry L. Wooten
                                                                                                               Chief United States District Judge

April 6, 2015
Columbia, South Carolina